# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  **SACV 13-00636 JVS (ANx)**          Date   May 29, 2013

Title     Hiroyuki Takeuchi v. Freddie Mac Multiclass Certificates Series 3484 et al

---

Present: The Honorable          James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:     **(IN CHAMBERS)**          Order Denying Defendant's Motion to Dismiss; Order Requiring Compliance with Local Rules and Order Vacating Hearing

This refiled action arises out of Plaintiff's attempt to save his residence from foreclosure.  Plaintiff filed the operative Complaint in Orange County Superior Court on March 18, 2013, and Defendants removed it on April 22, 2013.  Thereafter, in lieu of answering the Complaint, two Defendants moved to dismiss all claims.  (Docket No. 5.) Plaintiff failed to file timely written opposition to the Motion to Dismiss.

Despite the failure to file a timely written opposition, the Court denies the Motion to Dismiss because Defendants failed to comply with the Court's Local Rule requiring the parties to meet and confer regarding the substance of any contemplated motion and any potential resolution prior to filing it with the Court.  See Local Rule 7-3; cf. Local Rule 7-12 (failure to file opposition may be deemed consent to the granting or denial of the motion).  The dismissal is without prejudice to its refiling upon compliance with Local Rule 7-3, including the five-day waiting period provision.  Defendants may refile their Motion or otherwise respond to the Complaint no later than June 24, 2013.

Additionally, although acknowledging the present action reasserts claims adjudicated to judgment in an action previously filed in the Central District, Defendants did not file a Notice of Related Case as required by Local Rule 83-1.3. Such a notice is required "At the time a civil action (including a notice of removal or bankruptcy appeal) is filed, or as soon as known thereafter, the attorney shall file and serve . . . a Notice of Related Case(s), stating whether any action previously filed or currently pending in the Central District . . . arise from the same or a closely related transaction, happening, or event."  Local Rule 83-1.3(a).    Such a notice is likewise required where the two cases

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 13-00636 JVS (ANx)                    Date   May 29, 2013

Title   Hiroyuki Takeuchi v. Freddie Mac Multiclass Certificates Series 3484 et al

"call for determination of the same or substantially related or similar questions of law and fact."  Local Rule 83-1.3(b).

Defendants are directed to file a Notice of Related Case no later than June 5, 2013. The Court finds that oral argument would not be helpful in this matter and therefore vacates the June 3, 2013 hearing.  Fed. R. Civ. P. 78; Local Rule 7-15.

**IT IS SO ORDERED.**

:               00

Initials of Preparer          kjt