1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT

8   FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| HIROYUKI TAKEUCHI, an individual,    ) | CASE NO. SACV 13-0636 AG (ANx) |
| Plaintiff,  )| JUDGMENT |
| v.  ) | |
| FREDDIE MAC MULTICLASS CERTIFICATES, SERIES 3484, a Business Entity Form Unknown; FREDDIE MAC, CITI MORTGAGE, INC., a New York Corporation; CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation; and DOES 1 through 50 inclusive,  ) | |
| Defendants.  ) | |

Having dismissed this case, the Court now enters Judgment in favor of all Defendants and against Plaintiff.

IT IS SO ORDERED.

DATED: October 31, 2013

_____
Andrew J. Guilford
United States District Judge